| | |
|---|---|
| Dominica C. Anderson (SBN 2988) | Douglas R. Gooding (*Pro hac vice forthcoming*) |
| Daniel B. Heidtke (SBN 12975) | Jean-Paul Jaillet (*Pro hac vice forthcoming*) |
| DUANE MORRIS LLP | CHOATE, HALL & STEWART LLP |
| 100 N. City Parkway, Suite 1560 | Two International Place |
| Las Vegas, NV 89106 | Boston, MA 02110 |
| Telephone: 415.957.3179 | Telephone: +1 617.248.5000 |
| Facsimile: 702.974.1058 | Facsimile: +1 617.248.4000 |
| Email: dcanderson@duanemorris.com | Email: dgooding@choate.com |
|     dbheidtke@duanemorris.com |     jjaillet@choate.com |

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
Jeremy A. Moseley (*Pro Hac Vice forthcoming*)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholley@spencerfane.com
    mbacon@spencerfane.com
    jmoseley@spencerfane.com

Attorneys for Defendants *Ohio Security Insurance Company,*
*Peerless Indemnity Insurance Company,*
*The Ohio Casualty Insurance Company, and*
*West American Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AGNES ALEKSANDER, individually,<br><br>Plaintiff,<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada corporation; REAL WATER INC., a Delaware Corporation; OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMP ANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana; DOE INDIVIDUALS 1-10; and ROE ENTITIES 1-10, | Civil Action No.<br><br>**Appendix of Exhibits to Notice of Removal**<br><br>Volume 1 of 2 |

|   |   |
|---|---|
| Defendants. | |
| RYAN A. ANDERSEN, in his capacity as Chapter 7 Trustee for the bankruptcy estates of Affinitylifestyles.com, Inc. d/b/a Real Water, Real Water, Inc., and Real Water of Tennessee, LLC, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| OHIO SECURITY INSURANCE COMPANY, a New Hampshire company; PEERLESS INDEMNITY INSURANCE COMPANY, an Illinois company; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire company; WEST AMERICAN INSURANCE COMPANY, an Indiana Company; Doe Individuals I-X and Roe Entities 1-10, inclusive, | |
| Counter-Defendant/Liberty Defendants. | |

| Exhibit | Document | No. of Pages | Volume No. |
|---|---|---|---|
| **A** | **Answer To Complaint; Counterclaim And Cross-Claims** | **59** | **1** |
| B | Documents Filed or Entered in the Action | 181 | |

Dated this 27th day of January 2026.

**SPENCER FANE LLP**

 /s/ R. McKay Holley
RICHARD F. HOLLEY, ESQ. (SBN 3077)
R. MCKAY HOLLEY, ESQ. (SBN 15934)
Mary E. Bacon (SBN 12686)
Jeremy A. Moseley (*Pro Hac Vice forthcoming*)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702.408.3400 | Fax: 702.408.3401
Email: rholley@spencerfane.com
           mholley@spencerfane.com

-- and --

**DUANE MORRIS LLP**
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
Russell W. Roten (*Pro Hac Vice forthcoming*)

- 1 -

Jeff D. Kahane (*Pro Hac Vice forthcoming*)

-- and –

Douglas R. Gooding (*Pro Hac Vice forthcoming*)
Jean-Paul Jaillet (*Pro Hac Vice forthcoming*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
         jjaillet@choate.com

*Attorneys for Ohio Security Insurance Company, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 27th day of January 2026, a true and correct copy of this Appendix of Exhibits to Notice of Removal – Volume 1 of 2 was served via the United States District court CM/ECF system on all parties or persons requiring notice and via U.S. mail to:

Kemp Jones, LLP
Will Kemp, Esq.
Eric Pepperman, Esq.
Breanna Switzler, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Attorneys for
Agnes Aleksander

Bankruptcy Recovery Group
Gregory E. Garman, Esq.
Talitha Gray Kozlowski, Esq.
Dylan Ciciliano, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Attorneys for
Ryan A. Andersen, Chapter 7 Trustee

                                              /s/ Olivia Swibies
                                              Spencer Fane LLP