**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

AGNES ALEKSANDER )
)
)
)
Plaintiff(s), )
)
vs. )
)
AFFINITYLIFESTYLES.COM, INC. D/B/A )
REAL WATER, et al., )
)
Defendant(s). )
_____ )

Case # 2:26-cv-00195_____

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Douglas R. Gooding_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Choate Hall & Stewart LLP
_____
(firm name)

with offices at ___2 International Place_____,
(street address)

___Boston_____, ___Massachusetts_____, ___02110_____,
(city)                                      (state)                              (zip code)

___(617) 248-5277_____, ___dgooding@choate.com_____.
(area code + telephone number)                  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Liberty Mutual Insurance Company_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 17, 1991___, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of __Massachusetts__
(state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Commonwealth of Massachusetts | December 17, 1991 | 558976 |
| District of Massachusetts | April 24, 1992 | |
| U.S. Court of Appeals First Circuit | January 6, 1994 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Massachusetts Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/23/2023 | Adv. Pro. No. 23-01082-nmc | U.S. Bankruptcy Court District of Nevada | Granted |
| 1/16/2025 | Adv. Pro. No. 24-01073-nmc | U.S. Bankruptcy Court District of Nevada | Granted |
| 3/11/2025 | Case No. 2:25cv399 | U.S. District Court District of Nevada | Granted |
| 9/15/2025 | Case No. 25-1129 | U.S. Bankruptcy Appellate Panel of the Ninth Circuit | Neither - Case Dismissed |
| 1/3/2025 | Case No. 21-14099-NMC | U.S. Bankruptcy Court District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __MASSACHUSETTS__ )
                                                    )
COUNTY OF __SUFFOLK_____ )

__Douglas R. Gooding___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__5th__ day of __February__, __2026__.

_____
Notary Public or Clerk of Court

JACQUELINE SANTIAGO
Notary Public
Commonwealth of Massachusetts
My Commission Expires August 06, 2032

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Richard F. Holley__,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__300 South Fourth Street, Suite 1600__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)                    (state)              (zip code)

__702-408-3400__, __rholley@spencerfane.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Richard Holley, Esq._ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Liberty Mutual Insurance Company
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV 3077                    rholley@spencerfane.com
Bar number                 Email address

APPROVED:

Dated this 6th day of February, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16

**#8: STATEMENT OF ADDITIONAL APPLICATIONS.**

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 3/26/2025 | Case No. 24-1180 | U.S. Bankruptcy Appellate Panel of the Ninth Circuit | Neither – Case Dismissed |

# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK

#### JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

**Telephone:**
(617) 557-1100

**General Email:**
sjccountyclerk@sjc.state.ma.us

**Bar Admission Email:**
sjc.mass.bar.admission@jud.state.ma.us

February 3, 2026

Attorney Douglas R. Gooding
Douglas Gooding
2 International Place
Boston , MA  02110
dgooding@choate.com

**IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Douglas R. Gooding .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  02/03/2026 02.02.2026
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 17, 1991**, said Court being the highest Court of Record in said Commonwealth:

## Douglas R. Gooding

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **third** day of **February**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County