## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

AGNES ALEKSANDER, individually,

Plaintiff(s),

vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a
REAL WATER, a Nevada corporation;
REAL WATER INC., et al

Defendant(s).

Case # 2:26-CV-00195-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jeremy A. Moseley_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Spencer Fane LLP
(firm name)

with offices at _____1700 Lincoln Street, Suite 2000_____,
(street address)

_____Denver_____, _____Colorado_____, _____80203_____,
(city)                          (state)                    (zip code)

_____303-839-3800_____, _____jmoseley@spencerfane.com_____.
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Ohio Security Insurance Company_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ____May 18, 2009____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of ____Colorado____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Kansas | September 2005 | |
| Kansas | September 2005 | 22179 |
| USDC Montana | June 2019 | |
| Montana | December 2017 | 44830177 |
| USDC Colorado | May 2009 | |
| Colorado | May 2009 | 40831 |
| ** SEE ATTACHMENT ** | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

State of Colorado, State of Montana, State of Kansas.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 20, 2024 | 2:22-cv-00532 | USDC Nevada | Granted |
| June 27, 2025 | 2:24-cv-01674 | USDC Nevada | Granted |
| July 30, 2025 | 2:25-cv-00615 | USDC Nevada | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Colorado_____ )
                                 )
COUNTY OF _____Denver_____ )

_____Jeremy Moseley_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_19th_, day of _February_, _2026_.

_____
Notary Public or Clerk of Court

ADAM MILLER
Notary Public, State of Nevada
Appointment No. 12-7320-1
My Appt. Expires Feb 12, 2029

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Richard Holley_____,
                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Spencer Fane LLP, 300 S. Fourth Street, Suite 1600_____,
                              (street address)

_____Las Vegas_____, _____Nevada_____, _89101_,
        (city)                    (state)         (zip code)

_____702.408.3400_____, _rholley@spencerfane.com_.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard Holley _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Suzanne  Beck, Senior Corporate Counsel, Ohio Security
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3077                                    rholley@spencerfane.com
Bar number                              Email address

APPROVED:

Dated: this ___3___ day of ___March_____, 20_26_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**ATTACHMENT TO PRO HAC VICE PETITION OF JEREMY MOSELEY**

**Item #4, continued**

| COURT | DATE ADMITTED | BAR NO. |
|---|---|---|
| 10th Circuit Court of Appeals | April 2016 | N/A |
| USDC Eastern District of Michigan | April 2018 | N/A |
| 9th Circuit Court of Appeals | July 23, 2022 | N/A |



# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of

Colorado, do hereby certify that

**Jeremy A. Moseley**

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **18th**

day of **May** A. D. **2009** and that at the date hereof

the said **Jeremy A. Moseley**

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and
affixed the Seal of said Supreme Court, at Denver, in said State, this

**6th** day of **February** A. D. **2026**

**Cheryl Stevens**

Clerk

By

Deputy Clerk

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 30, 2005,

## Jeremy Andrew Moseley

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 4th day of February, 2026.

Active Status

Douglas T. Shima

_Clerk of the Supreme Court of Kansas_



# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that JEREMY A. MOSELEY residing in Denver, CO was on the 12th day of December 2017 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court,

This 4th day of February, 2026.

Clerk of the Supreme Court